In the Matter of the Application of WILLIAM L. MITCHELL, Respondent, to Lay Out a Highway in the TOWN OF ITHACA, Appellant.

LEHIGH VALLEY RAILROAD COMPANY, Appellant.

*Matter of Mitchell*, 85 App. Div. 277, affirmed.
(Argued January 5, 1904; decided January 19, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July

21, 1903, which affirmed an order of the Tompkins County Court confirming the report of commissioners appointed to determine the necessity of a highway and to assess the damages therefor.

*Myron N. Tompkins* for Town of Ithaca, appellant.

*F. E. Tibbetts* for Lehigh Valley Railroad Company, appellant.

*James L. Baker* and *Samuel D. Halliday* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.